UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. C 14-2939 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| K. CHAPPELL, | |
| Respondent. | |

This action for a writ of habeas corpus is dismissed without prejudice to petitioner filing a civil rights action.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 3, 2014

_____
SUSAN ILLSTON
United States District Judge